AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

## APPEARANCE

Case Number:  08 CV 1981 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GREAT NORTHERN INSURANCE COMPANY AND AVCON INDUSTRIES, INC.

I certify that I am admitted to practice in this court.

| 3/26/2008 | | |
|---|---|---|
| Date | Signature | |
| | KEVIN T. MURTAGH | KM4013 |
| | Print Name | Bar Number |
| | 91 West Cherry Street | |
| | Address | |
| Hicksville | NY | 11801-3856 |
| City | State | Zip Code |
| (516) 931-0064 | (516) 931-4313 | |
| Phone Number | Fax Number | |