```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GREAT NORTHERN INSURANCE CO.
and AVCON INDUSTRIES, INC.,

              Plaintiffs,

  - against -

YELLOW TRANSPORTATION, INC.,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER OF DISCONTINUANCE**

08 Civ. 1981 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

      The parties having notified the Court that they have reached a resolution of this action,

      IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            August 21, 2008

## - Appearances -

*For Plaintiffs:*

Kevin Thomas Murtagh, Esq.
KINGSLEY KINGSLEY & CALKINS
91 West Cherry Street
Hicksville, New York 11801
(516) 931-0064

*For Defendant:*

Thomas Christopher Martin, Esq.
NOWELL AMOROSO KLEIN BIERMAN, P.A.
155 Polifly Road
Hackensack, NJ 07601
(201) 343-5001